COMMONWEALTH of Pennsylvania, Appellee,

v.

Chi Thien CHUNG, Appellant.

No. 80–2–312.

Supreme Court of Pennsylvania.

Submitted May 18, 1981.
Decided Oct. 28, 1981.

· William J. Fulton, Cumberland Park, for appellant.

Marion E. MacIntyre, 1st Asst. Dist. Atty., William A. Behe, Deputy Dist. Atty., for appellee.

Before ROBERTS, NIX, LARSEN, FLAHERTY, KAUFFMAN and WILKINSON, JJ.

## ORDER

PER CURIAM.

The judgment of sentence if affirmed.